**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.  5:23-CR-01112-S** |
| | § | |
| **FRANCISCO SUAREZ** | § | |
| **LUIS DANIEL SEGURA GUZMAN** | § | |

### GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America by and through Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, and respectfully requests the Honorable Court to issue a warrant for the arrest of defendants **FRANCISCO SUAREZ** and **LUIS DANIEL SEGUARA GUZMAN**, pursuant to a Superseding Indictment filed on **October 31, 2023**. The Government moves for the defendant's detention without bond until such time a detention hearing can be scheduled at which time the United States will make a recommendation of continued detention or release on bond. In addition, the United States Attorney respectfully request that a copy of the Arrest Warrant be delivered to the United States Marshals Service.

Respectfully submitted,

Alamdar S. Hamdani
United States Attorney


*/s/ Jennifer L. Day*
Jennifer L. Day
Assistant United States Attorney