United States District Court
Southern District of Texas
**ENTERED**
November 01, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.   5:23-CR-01112-S** |
| | § | |
| **FRANCISCO SUAREZ** | | |
| **LUIS DANIEL SEGURA GUZMAN** | | |

## ORDER FOR ISSUANCE OF ARREST WARRANT

Pending before the Court is the Government's Motion for Issuance of Arrest Warrant. It appearing to the Court that a Criminal Superseding Indictment has been filed against **FRANCISCO SUAREZ** and **LUIS DANIEL SEGURA GUZMAN**, it is hereby ORDERED that a warrant be issued for the arrest of said defendants. It is further ORDERED that the defendant be detained without bond pending a detention hearing.

ENTERED in Laredo, Texas, this  31st day of October, 2023.

CHRISTOPHER DOS SANTOS
U.S. MAGISTRATE JUDGE